|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| DON TIRADO,<br><br>             Plaintiff,<br>      v.<br><br>U.S. BANK NATIONAL ASSOCIATION<br>AS A CALIFORNIA CORP., ET AL.,<br><br>             Defendants. | Case No.: C 11-00322 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 28, 2011, Defendants U.S. Bank National Association as successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A., FCI Lender Services, Inc. and DSL Service Company moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than February 9, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1  www.cand.uscourts.gov.

2  Dated:    February 2, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge

1 | A copy of this order was mailed to:

2 | Don Tirado
3 | 484 West Portola Avenue
Los Altos, CA 94022

_____EHP_____
Chambers of U.S. Magistrate Judge
Paul S. Grewal