1  DAVID L. CHAVEZ (CA Bar No. 117593)
   dchavez@AlvaradoSmith.com
2  HEATHER E. ABELSON (CA Bar No. 243691)
   habelson@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  235 Pine Street, Suite 1200
   San Francisco, CA 94104
5  Tel: (415) 624-8665
   Fax: (415) 391-1751
6
7  Attorneys for Defendants
   U.S. Bank National Association, Successor in Interest to
   the Federal Deposit Insurance Corporation as Receiver
8  for Downey Savings and Loan Association, F.A., FCI
   Lender Services, Inc. and DSL Service Company

9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11

12 Don Tirado,                          CASE NO.: 5:11-CV-00322- EJD
13         Plaintiff,                   JUDGE: Hon. Edward J. Davila
14 v.                                   STIPULATION AND ORDER TO
                                        VOLUNTARILY DISMISS
15 U.S. BANK NATIONAL                   COMPLAINT WITH PREJUDICE
   ASSOCIATION AS A CALIFORNIA
16 CORPORATION; FCI LENDER
   SERVICES Inc., Agent, AS A           ACTION FILED: December 21,
17 CALIFORNIA CORPORATION; FIRST        2010
   AMERICAN TITLE COMPANY, AS A
18 CALIFORNIA CORPORATION; DSL
   SERVICE COMPANY, Trustee, AS A
19 CALIFORNIA CORPORATION;
   SARATOGA MORTGAGE COMPANY,
20 AS A CALIFORNIA CORPORATION;
   KEITH BALCK, AS AN INDIVIDUAL;
21 INTERO REAL ESTATE, AS A
   CALIFORNIA CORPORATION; AND
22 DOES 1-10 UNKNOWN TO PLAINTIFF
23 AT THIS TIME,
24         Defendants.
25

26     Defendants U.S. Bank National Association, Successor in Interest to the Federal
27 Deposit Insurance Corporation as Receiver for Downey Savings and Loan
28 Association, F.A., FCI Lender Services, Inc. and DSL Service Company (collectively,

1
JOINT STIPULATION FOR DISMISSAL

1  "Defendants"), by and through their counsel of record, and pro se plaintiff Don Tirado
2  ("Plaintiff") (collectively, the "Parties") hereby jointly request dismissal of this action
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its
4  or his own costs and attorney fees. The Parties request that the Court vacate all
5  hearing dates and enter a Dismissal as to all Parties and all Causes of Action with
6  prejudice.

Respectfully submitted,

9  DATED: December 5, 2011

ALVARADOSMITH
A Professional Corporation

By: _____
DAVID L. CHAVEZ
HEATHER E. ABELSON
Attorneys for Defendants
U.S. Bank National Association,
Successor in Interest to the Federal
Deposit Insurance Corporation as
Receiver for Downey Savings and Loan
Association, F.A., FCI Lender Services,
Inc. and DSL Service Company

19  DATED: December 1, 2011   By: _____
DON TIRADO
Plaintiff in pro se

**ORDER**

Pursuant to the Stipulation, the Court orders this case DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The motion hearing and Case Management Conference scheduled for December 16, 2011, are VACATED. The Clerk shall close this file.
DATED: December 6, 2011

_____
EDWARD J. DAVILA
United States District Judge