1  DAVID L. CHAVEZ (CA Bar No. 117593)
   dchavez@AlvaradoSmith.com
2  HEATHER E. ABELSON (CA Bar No. 243691)
   habelson@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  235 Pine Street, Suite 1200
   San Francisco, CA 94104
5  Tel: (415) 624-8665
   Fax: (415) 391-1751
6
   Attorneys for Defendants
7  U.S. Bank National Association, Successor in Interest to
   the Federal Deposit Insurance Corporation as Receiver
8  for Downey Savings and Loan Association, F.A., FCI
   Lender Services, Inc. and DSL Service Company
9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  Don Tirado,                          CASE NO.: 5:11-CV-00322- EJD
13          Plaintiff,                   JUDGE: Hon. Edward J. Davila
14  v.                                   STIPULATION AND ORDER TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE
15  U.S. BANK NATIONAL
16  ASSOCIATION AS A CALIFORNIA
    CORPORATION; FCI LENDER
17  SERVICES Inc., Agent, AS A           ACTION FILED: December 21, 2010
    CALIFORNIA CORPORATION; FIRST
18  AMERICAN TITLE COMPANY, AS A
    CALIFORNIA CORPORATION; DSL
19  SERVICE COMPANY, Trustee, AS A
    CALIFORNIA CORPORATION;
20  SARATOGA MORTGAGE COMPANY,
    AS A CALIFORNIA CORPORATION;
21  KEITH BALCK, AS AN INDIVIDUAL;
    INTERO REAL ESTATE, AS A
22  CALIFORNIA CORPORATION; AND
    DOES 1-10 UNKNOWN TO PLAINTIFF
23  AT THIS TIME,
24          Defendants.
25

26      Defendants U.S. Bank National Association, Successor in Interest to the Federal
27  Deposit Insurance Corporation as Receiver for Downey Savings and Loan
28  Association, F.A., FCI Lender Services, Inc. and DSL Service Company (collectively,

1
JOINT STIPULATION FOR DISMISSAL

3025716.1 -- LJJR690.36

"Defendants"), by and through their counsel of record, and pro se plaintiff Don Tirado ("Plaintiff") (collectively, the "Parties") hereby jointly request dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its or his own costs and attorney fees. The Parties request that the Court vacate all hearing dates and enter a Dismissal as to all Parties and all Causes of Action with prejudice.

DATED: December 5, 2011

Respectfully submitted,

ALVARADOSMITH
A Professional Corporation

By: _____
DAVID L. CHAVEZ
HEATHER E. ABELSON
Attorneys for Defendants
U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., FCI Lender Services, Inc. and DSL Service Company

DATED: December 1, 2011

By: _____
DON TIRADO
Plaintiff in pro se

**ORDER**

Pursuant to the Stipulation, the Court orders this case DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The motion hearing and Case Management Conference scheduled for December 16, 2011, are VACATED. The Clerk shall close this file.

DATED: December 6, 2011

_____
EDWARD J. DAVILA
United States District Judge